# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134245

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LEWIS SANBORN, KAREN E. SANBORN
and LEWIS R. SANBORN, as Next Friend
of ZACHARY SANBORN, a Minor,
      Plaintiffs-Appellees,

v

      SC: 134245
      COA: 275066
      Midland CC: 03-005897-NO

DOCKETT'S MOBILE HOME SALES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 5, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

Clerk

p0917